**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant and Cross-Complainant
Madison Avenue Couture, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHIONPHILE GROUP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MADISON AVENUE COUTURE, INC., a New York Corporation, and JASON SEABRA, an individual,<br><br>*Defendants*.<br><br>MADISON AVENUE COUTURE, INC., a New York Corporation,<br><br>*Cross-complainant*,<br><br>v.<br><br>JASON SEABRA, an individual,<br><br>*Cross-Defendant*. | Case No. 2:23-cv-01937-DSF-PD<br><br>**MOTION OF MADISON AVENUE COUTURE, INC. FOR DEFAULT JUDGMENT BY COURT**<br>Date: April 28, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Honorable Judge Dale S. Fischer |

To Cross-Defendant JASON SEABRA and the attorneys of record, if any:

Please take notice that on April 28, 2025, at 1:30 p.m. or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Cross-complainant MADISON AVENUE COUTURE, INC. ("Cross-

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Fashionphile Group v Madison Avenue Couture - MAC's Motion for Default Judgment          1
DEFENDANT MADISON AVENUE'S MOTION FOR DEFAULT JUDGMENT BY COURT

Complainant" or "MAC") will present Cross-Complainant's motion for default judgment against Defendant SEABRA.

The Clerk has previously entered the default on said Cross-Defendant on November 7, 2023 (Doc. 43)

At the time and place of hearing, Cross-Complainant will present proof of the following matters: (1) Cross-Defendant has appeared in the action, having answered the complaint of Fashionphile Group, LLC ("Plaintiff" or "Fashionphile") (Doc. 28), and on that basis has submitted himself to the jurisdiction of the Court; (2) Cross-Defendant has not responded to the cross-complaint in this action and, having failed to do so, default was entered; (3) all other claims before this court as set forth in the complaint of Plaintiff have been resolved and Fashionphile dismissed as a party (Doc. ___); (4) Cross-Complainant is entitled to judgment against said Cross-Defendant on account of the claims pleaded in the cross-complaint, to wit an award of damages arising out of the fraudulent conduct of Cross-Defendant as specified in the Complaint as follows:

| Hermès-Panama Handbag | $6,800.00 |
|---|---|
| Hermès-Mexico Handbag I | $10,385.83 |
| Hermès-Mexico Handbag II | $22,600.00 |
| Kelly/Birkin Handbag | $28,000.00 |
| Chrome Hearts Purchases | $16,436.16 |
| **TOTAL** | **$84,221.99** |

Cross-complaint seeks a judgment in the amount of $84,221.99, prejudgment interest, post-judgment interest, and costs as set forth in the attached Declarations of Michael Nuremberg and Judith Schneider.

Cross-complaint further seeks an order of this Court awarding to Cross-complainant all such sums as have been deposited by Plaintiff with the Court and

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Fashionphile Group v Madison Avenue Couture - MAC's Motion for Default Judgment        2
DEFENDANT MADISON AVENUE'S MOTION FOR DEFAULT JUDGMENT BY COURT

remain in the accounts thereof which constitute that sum deposited in consideration of the Court's order ("**Interpleader Order**") and directing the Clerk of the Court to disburse to Cross-defendant said sums upon receipt of such instructions and other information as may be required to effectuate the purpose of said order relating to the interpleaded sums.

This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Cross-Defendant via the ECF/NEF system on the date filed with this Court.

Dated: March 28, 2023        LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham
    Attorney for Defendant and Cross-Complainant Madison Avenue Couture, Inc.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Fashionphile Group v Madison Avenue Couture - MAC's Motion for Default Judgment

3

DEFENDANT MADISON AVENUE'S MOTION FOR DEFAULT JUDGMENT BY COURT