# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHIONPHILE GROUP, LLC,<br>        Plaintiff,<br><br>            v.<br><br>MADISON AVENUE COUTURE, INC., a New York corporation, and JASON SEABRA, an individual,<br>        Defendants.<br><br>---<br><br>MADISON AVENUE COUTURE, INC., a New York corporation,<br>    Cross-Complainant,<br><br>            v.<br><br>JASON SEABRA, an individual,<br>        Cross-Defendant. | No. 2:23-cv-01937-DSF-PD<br><br>JUDGMENT |

The Court having granted Cross-Complainant Madison Avenue Couture, Inc.'s motion for default judgment against Cross-Defendant Jason Seabra, and having found that Madison Avenue Couture, Inc. is entitled to monetary damages in the amount of $84,221.99 in general damages plus prejudgment interest,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Cross-Complainant Madison Avenue Couture, Inc. and against

Cross-Defendant Jason Seabra.  Madison Avenue Couture, Inc. is
entitled to costs of suit pursuant to a bill of costs filed in accordance
with 28 U.S.C. § 1920.  Jason Seabra is ordered to pay Madison Avenue
Couture, Inc. as follows:

1. $84,221.99 in general damages; and

2. $9,754.60 in prejudgment interest.

Date:  May 8, 2025

_____
The Honorable Dale S. Fischer
United States District Judge