cc: Fiscal Section

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHIONPHILE GROUP, LLC,<br>    Plaintiff,<br><br>          v.<br><br>MADISON AVENUE COUTURE,<br>INC., et al.,<br>    Defendants. | 2:23-cv-1937-DSF-PDx<br><br>JUDGMENT |

The Court having dismissed the Interpleader Plaintiff Fashionphile Group, LLC, having previously entered partial judgment in the amount of $93,976.59 in favor of Defendant Madison Avenue Couture, Inc. on its crossclaim against Defendant Jason Seabra, and Seabra being the sole remaining claimant to the interpleaded funds,

IT IS ORDERED AND ADJUDGED that the Clerk disburse the $77,900.00 deposited into the registry of the Court, along with any and all interest accrued, to Defendant Madison Avenue Couture, Inc. as partial satisfaction of the previously entered crossclaim judgment.  The parties are to bear their own costs except as provided in the previous crossclaim judgment.

Date: April 21, 2026

Dale S. Fischer
United States District Judge